

# U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

February 1, 2021

<u>Via ECF</u>

The Honorable Katharine S. Hayden
United States District Judge
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

　　　Re:　<u>United States v. Ahmed A-Hady, Crim. No 20-45</u>

Dear Judge Hayden:

　　The United States respectfully submits this letter to confirm its submission of a sentencing letter to the Court on February 1, 2021 in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RACHAEL A. HONIG
　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　<u>/s/ Thomas S. Kearney</u>
　　　　　　　　　　　　　　　　By: Thomas S. Kearney
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　(973) 297-2019