UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| vs. | : | |
| | : | Criminal No. 20-45 (ES) |
| | : | |
| | : | <u>ORDER</u> |
| | : | |
| AHMED A-HADY | : | |

This matter having come before the Court for on the application of Ahmed A-Hady (by David Jay Glassman, appearing) for a modification of the conditions of release, and the United States being represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Thomas S. Kearney, Assistant U.S. Attorney, appearing); upon agreement by and between the Parties to the entitled action;

It is on this 23rd day of March, 2021,

1. ORDERED that Tanya Thomson is permitted to own a cellphone without electronic monitoring software; and it is further

2. ORDERED that Defendant's daughters are allowed to possess Tablets without monitoring software; and it is further

3. ORDERED that Defendant's curfew is adjusted specifically, from 6:00 a.m. to 9:00 p.m.; and it is further

4. ORDERED that all other conditions of release presently in place shall remain in full force and effect.

s/Katharine S. Hayden<br>
Honorable Katharine S. Hayden<br>
U.S. District Judge